IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELEX INSURANCE SERVICES, INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>LYNN BARTY,<br><br>Defendant. | **8:17CV295**<br><br>**AMENDED ORDER** |

Plaintiff has requested that the Court slightly modify the language of its May 8, 2018 order ([Filing No. 36](Filing No. 36)). Plaintiff's request is unopposed.

Accordingly, the May 8, 2018 order ([Filing No. 36](Filing No. 36)) is amended as follows:

1. Plaintiff shall provide Defendant with a list of its customers with whom Defendant had contact and did business with while employed by Plaintiff. Following receipt of the customer list, Defendant shall identify the customers on the list whom she solicited after she left Plaintiff's employment, as well as those whom she conducted business with while employed at Arch. Defendant shall identify those customers within thirty (30) days of her receipt of the list from Plaintiff.

2. Defendant shall respond to discovery related to her activities prior to her employment with Arch, which includes business conducted via her personal email or telephone accounts.

3. The parties shall confer and submit to the Court a revised, proposed protective order which includes an attorneys' eyes only provision. The proposed protective order shall be submitted to the Court via email at [bazis@ned.uscourts.gov](mailto:bazis@ned.uscourts.gov) by May 18, 2018.

4	Arch shall produce its communications with Defendant up to May 31, 2017, as well as Defendant's employment documents with Arch.  Arch shall produce this information within seven (7) days of the entry of a modified protective order.

5.	Motions for summary judgment shall be filed by July 31, 2018.  All other case progression deadlines remain stayed.  Following rulings on summary judgment motions, the parties shall confer to discuss any remaining discovery issues, and then submit a proposed case progression schedule.  The proposed case progression schedule shall be emailed to [bazis@ned.uscourts.gov](mailto:bazis@ned.uscourts.gov) within seven (7) days of the Court's ruling on summary judgment motions.

**IT IS SO ORDERED.**

Dated this 9th day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge