# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELEX INSURANCE SERVICES, INC., a Delaware Corporation, | CASE NO. 8:17-CV-00295 |
| Plaintiff, | |
| v. | |
| LYNN BARTY, | |
| Defendant. | |

## FINAL ORDER FOR DISMISSAL

This matter comes before the Court on the parties' Stipulation to Dismiss Plaintiff's Remaining Claims with Prejudice. The Court, being fully advised of the premises, finds that the stipulation should be, and the same hereby is, sustained.

THEREFORE, IT IS ORDERED that of the Plaintiff's remaining causes of action under Claims II, III, and IV are hereby dismissed with prejudice. Accordingly, the Court enters this Final Order for Dismissal.

Dated: May 10, 2019

BY THE COURT,

s/ Joseph F. Bataillon
Senior United States District Judge