IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELEX INSURANCE SERVICES, INC., a Delaware Corporation;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LYNN BARTY,<br><br>　　　　　　Defendant. | **8:17CV295**<br><br>**ORDER** |

　　　This matter is before the court upon reversal and remand from the Eighth Circuit Court of Appeals, Filing Nos. 66, 67 and 68.

　　　IT IS ORDERED that this case is referred to Magistrate Judge Susan M. Bazis for re-progression for further proceedings.

　　　Dated this 23rd day of September, 2020.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge