IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TRAVELEX INSURANCE SERVICES, INC.,
a Delaware Corporation;

              Plaintiff,

    vs.

LYNN BARTY,

              Defendant.

8:17CV295

ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 86). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 10th day of January, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge